**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7221**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

EDWARD STARGEN,

                                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CR-99-30, CA-00-211-5)

───────────

Submitted:  November 7, 2002        Decided:  November 14, 2002

───────────

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Edward Stargen, Appellant Pro Se.  Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Stargen seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and for the reasons stated by the district court find that Stargen has not made a substantial showing of the denial of a constitutional right. See United States v. Stargen, Nos. CR-99-30; CA-00-211-5 (N.D.W. Va. July 15, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED